*Lloyd L. Langhammer*, in support of the petition.

*Kevin J. Burns*, in opposition.

Decided March 25, 2003

STATE OF CONNECTICUT *v.* GABRIEL BLOOMFIELD

The defendant's petition for certification for appeal from the Appellate Court, 74 Conn. App. 674 (AC 22038), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Gerald E. Bodell*, special public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided March 25, 2003

VINCENT P. LAROBINA *v.* RONALD KADAR ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 74 Conn. App. 905 (AC 22261), is denied.

*Vincent P. Larobina*, pro se, in support of the petition.

*Ronald D. Japha*, in opposition.

Decided March 25, 2003

STATE OF CONNECTICUT *v.* JOSEPH R. PRANCKUS III

The defendant's petition for certification for appeal from the Appellate Court, 75 Conn. App. 80 (AC 21265), is denied.